FILED
February 11, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: DT
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:26-CR-00355-KC** |
| **Plaintiff,** | § | **S E A L E D** |
| v. | § | **I N D I C T M E N T** |
| **ERICK ALCALA-PACHECO,** | § | **CT 1:** 18:924(c)(1)(A)(iii) & 18:2-Use and Carrying of a Firearm During and in Relation to a Drug Trafficking Crime and Aiding and Abetting; and |
| **Defendant.** | § | **CT 2:** 21:841(a)(1) & 18:2 - Possession with Intent to Distribute a Controlled Substance and Aiding and Abetting. |

THE GRAND JURY CHARGES:

**COUNT ONE**

That beginning on or about February 23, 2021, and continuing through and including on or about February 25, 2021, in the Western District of Texas, District of New Mexico and elsewhere, the Defendant,

**ERICK ALCALA-PACHECO,**

did knowingly carry and use a firearm, that is, a .22 caliber pistol, and that firearm discharged during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, Possession of a Controlled Substance with the Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), and aided and abetted the same, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**COUNT TWO**

That beginning on or about February 23, 2021, and continuing through and including on or about February 25, 2021, in the Western District of Texas, District of New Mexico and elsewhere, the Defendant,

**ERICK ALCALA-PACHECO,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and aided and abetted the same, which offense involved 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: ______________________
Assistant U.S. Attorney